| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** 11/20/20 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 2:30 p.m. |
| | **END:** 2:35 p.m. |

**DOCKET NO:** 20-cv-4124-FB-RLM

**CASE:** Chavez v. Mayflower Boutique Hotel LLC et al

| | | | |
|---|---|---|---|
| X | INITIAL CONFERENCE | ☐ | OTHER/ORDER TO SHOW CAUSE |
| ☐ | DISCOVERY CONFERENCE | ☐ | FINAL/PRETRIAL CONFERENCE |
| ☐ | SETTLEMENT CONFERENCE | X | TELEPHONE CONFERENCE |
| ☐ | MOTION HEARING | ☐ | INFANT COMPROMISE HEARING |

**PLAINTIFF**                              **ATTORNEY**

| | |
|---|---|
| | Mitchell Segal |

**DEFENDANTS**                     **ATTORNEY**

| | |
|---|---|
| | Yipin Zhang |

☐    **FACT DISCOVERY TO BE COMPLETED BY** _____
☐    **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐    **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐    **PL. TO SERVE DEF. BY:**_____      **DEF. TO SERVE PL. BY:**_____

**RULINGS:**    **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference. The parties have agreed to settle the case. The stipulation of discontinuance is due by December 21, 2020.