UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH T. CHAVEZ, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>MAYFLOWER BOUTIQUE HOTEL LLC d/b/a MAYFLOWER BOUTIQUE HOTEL and CROSSCITY HOTEL LLC,<br><br>                Defendants. | Case No. 1:20-cv-04124-FB-RLM<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, Plaintiff KENNETH T. CHAVEZ and Defendants MAYFLOWER BOUTIQUE HOTEL LLC d/b/a MAYFLOWER BOUTIQUE HOTEL and CROSSCITY HOTEL LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be enforceable in this court, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: December 22, 2020

By: _____
Mitchell Segal, Esq.
Law Offices Of Mitchell S. Segal, P.C.
1129 Northern Boulevard, Suite 404
Manhasset, New York 11030
Telephone: (516) 415-0100
Facsimile: (516) 706-6631
Email: msegal@segallegal.com
*Attorneys for Plaintiff*

By: _____
Kevin K. Tung, Esq.
Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
Telephone: 718-939-4633
Email: ktung@kktlawfirm.com
*Attorneys for Defendants*